UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiffs, <br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No.: 13-CV-00752-LHK <br><br> ORDER TO SERVE DEFENDANTS RE: MOTION TO RELATE CASES |

On July 12, 2013, Plaintiff SoftVault Systems Inc. ("SoftVault") filed a Motion to Consider Whether Cases Are Related, seeking to relate five additional cases to the above-captioned case. ECF No. 33.

Pursuant to Civil L.R. 3-12(b), a party moving to relate cases must serve a copy of the motion, together with proof of service pursuant to Civil L.R. 5-6, on all known parties to each apparently related action. SoftVault has not filed any proof of service of this motion in this case or in any of the apparently related cases, or provided any indication that defendants in the apparently related cases have notice of SoftVault's motion to relate.

SoftVault is hereby ORDERED to file proof of service of its motion to relate cases for all known parties to each apparently related action, in compliance with Civil L.R. 13-12(b).

**IT IS SO ORDERED.**

Dated: July 18, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00752-LHK
ORDER TO SERVE DEFENDANTS RE: MOTION TO RELATE CASES