| | |
|---|---|
| 1 | BENEDICT O'MAHONEY (State Bar No. 152447) |
| | **TERRA LAW LLP** |
| 2 | 177 Park Avenue, Third Floor |
| | San Jose, California 95113 |
| 3 | Telephone: (408) 299-1200 |
| | Facsimile: (408) 998-4895 |
| 4 | Email: bomahoney@terra-law.com |
| 5 | JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*) |
| | CORBY R. VOWELL (*Pro Hac Vice To Be Filed*) |
| 6 | TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*) |
| | **FRIEDMAN, SUDER & COOKE** |
| 7 | Tindall Square Warehouse No. 1 |
| | 604 East 4th Street, Suite 200 |
| 8 | Fort Worth, Texas 76102 |
| | Telephone: (817) 334-0400 |
| 9 | Facsimile: (817) 334-0401 |
| | Email: jts@fsclaw.com |
| 10 | Email: vowell@fsclaw.com |
| | Email: blumenfeld@fsclaw.com |

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

DAVID M. SAUNDERS (State Bar No. 260742)
**FISCH HOFFMAN SIGLER LLP**
5335 Wisconsin Avenue NW
Eighth Floor
Washington DC 20015
Telephone: (202) 362-3500
Facsimile: (202) 362-3501
Email: david.saunders@fischllp.com

*Counsel for Defendant*
*JUNIPER NETWORKS, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC. | ) | Case No.: CV 5:13-0752 LHK |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | MOTION FOR EXTENSION OF TIME |
| v. | ) | FOR CASE MANAGEMENT |
| | ) | CONFERENCE |
| JUNIPER NETWORKS, INC. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

Recognizing the Notice of Settlement and Motion for Extension of Time for Case Management Conference filed by Plaintiff SoftVault Systems Inc. ("Plaintiff" or "SoftVault") and Defendant Juniper Networks, Inc. ("Defendant" or "Juniper") it is

ORDERED that the Case Management Conference set for February 19, 2014 is continued to March 19, 2014 with respect only to Defendant Juniper. This Order does not affect the Case Management Conference set for February 19, 2014 with respect to any related cases. Plaintiff SoftVault and Defendant Juniper have until March 19, 2014 to file the Stipulation of Dismissal.

Signed this  2/12/2014

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1