# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNIPER NETWORKS, INC. )<br>)<br>Defendant. )<br>) | Case No.: CV 5:13-0752 LHK<br><br>[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR FILING STIPULATION OF DISMISSAL<br><br>**JURY TRIAL DEMANDED** |

Recognizing the Notice of Settlement Status and Motion for Extension of Time for Filing Stipulation of Dismissal filed by Plaintiff SoftVault Systems Inc. ("Plaintiff" or "SoftVault") and Defendant Juniper Networks, Inc. ("Defendant" or "Juniper") it is

ORDERED that Plaintiff SoftVault and Defendant Juniper have until April 2, 2014 to file the Stipulation of Dismissal.

Signed this March 20___, 2014

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE